■ KATHLEEN CROMWELL et al., Respondents, v LE SANNOM BUILDING CORP., Respondent, and S&R PROPERTIES OF NEW YORK, INC., Appellant. [636 NYS2d 257] —Order, Supreme Court, New York County (Helen Freedman, J.), entered on or about May 22, 1995, which, insofar as appealed from, denied defendant-appellant landlord's motion to compel plaintiffs tenants to deposit into escrow unpaid use and occupancy for the period August 1991 through May 31, 1995, unanimously affirmed, without costs.

Contrary to defendant's contention, law of the case does not mandate the back use and occupancy payments it seeks. The deterioration of the building is a new development since the prior order directing plaintiffs to pay monthly use and occupancy into escrow (see, Solow v Wellner, 186 AD2d 21; Holloway v Cha Cha Laundry, 97 AD2d 385, 386). The consequences of this change cannot be precisely assessed before trial but may entitle plaintiffs to a significant setoff against their liability for past use and occupancy. Concur—Murphy, P. J., Rosenberger, Ross, Nardelli and Mazzarelli, JJ.

■ JESUS SANTIAGO et al., Appellants, v WALSH-ATKINSON COMPANY, INC., Respondent, et al., Defendants. [635 NYS2d 599] —Order, Supreme Court, Bronx County (Stanley Green, J.), entered November 30, 1994, which granted defendant Walsh-Atkinson Company's motion for a change of venue from Bronx County to Suffolk County, unanimously affirmed, without costs.

In light of the fact that the cause of action herein arose in Suffolk County, that many of the defendant's liability witnesses reside in Suffolk County and since the defense is likely to request that the jury view the press brake, located in Suffolk County, which allegedly caused the personal injuries, the IAS Court properly exercised its discretion in granting the motion and transferring venue to Suffolk County (see, e.g., Clinton v Griffin, 176 AD2d 501; and see, Soufan v Argo Pneumatic Co., 170 AD2d 289).

We have considered plaintiff's other claims and find them to be without merit. Concur—Murphy, P. J., Rosenberger, Ross, Nardelli and Mazzarelli, JJ.